**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 05-cr-00440-EWN-01**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. REUVEN ZEEV EITAN,**

**Defendant.**

---

**ORDER MODIFYING ORDER SETTING CONDITIONS OF RELEASE**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant has filed a Motion for Modification of Order Setting Conditions of Release and the Government has no objections to the requested modification, therefore;

**IT IS HEREBY ORDERED** that item (7)(i) of the Order Setting Conditions of Release is hereby amended as follows:

The Defendant will be allowed to leave the State and District of Colorado to reside with his parents, Yair and Annette Eitan at 10016 Latimer Court, Fairfax, Virginia 222032. The Defendant shall report to Sherylle Gant, U. S. Probation Officer, Albert V. Bryan United States Courthouse, 3rd Floor, 401 Courthouse Square, Alexandria, Virginia 22314-5704 by phone no later than 10:00 a.m. on December 16, 2005, and then report in person to her office on December 19, 2005 anytime between 8:00 a.m. and 3:30 p.m. and then as often as required by the supervising officer.

**IT IS FURTHER ORDERED** that all other terms and conditions of the Defendant's bond shall remain in full force and effect and the Defendant shall return to the State and District of Colorado for sentencing and any other proceedings as ordered by the Court.

**DATED: December 6, 2004**

        **BY THE COURT:**

        **s/David L. West**

        **United States Magistrate Judge**