IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00440–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. REUVEN ZEEV EITAN, and
2. KENNETH PANZARELLA,

    Defendants.

---

**ORDER**

---

Upon consideration of the motion for reconsideration (#108) and the response, the court finds no reason to change the sentence imposed. Accordingly, it is

ORDERED that the motion be DENIED.

Dated this 11th day of September, 2006.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        United States District Judge