IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

United States of America vs. REUVEN Z. EITAN        Criminal Action No. 05-cr-00440-EWN-01

## Petition for Early Termination of Probation

COMES NOW, Andrea L. Bell, probation officer of the court, presenting an official report upon the conduct and attitude of Reuven Z. Eitan, who was placed on supervision by the Honorable Edward W. Nottingham sitting in the court at Denver, Colorado, on the 24th day of February, 2006, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until he is released from the program by the probation officer. While participating in this program, he shall abstain from the use of alcohol or other intoxicants. He shall pay all costs associated with this program.

2) The defendant shall serve 4 months on home detention, to commence within 30 days of sentencing. During this period, the defendant shall remain at his place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer. This period of home detention shall be enforced by electronic monitoring. To permit this monitoring, the defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones. The defendant shall wear electronic monitoring devices and follow all other procedures specified by the probation officer. The defendant shall pay all costs of home supervision and electronic monitoring.

3) A $200 special assessment was imposed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
The defendant has complied with the rules and regulations of probation and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER: (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation; and (3) that, if the United States does not file a timely objection, the defendant be discharged from probation and the proceedings in the case be terminated.

Respectfully,

s/Andrea L. Bell
Andrea L. Bell
U.S. Probation Officer
Place: Denver, Colorado
Date: May 20, 2008

## ORDER OF THE COURT

After careful consideration of the probation officer's petition, it is

ORDERED that the probation officer serve this petition and order on the United States. It is further ordered that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation. It is further ordered that this petition and order be filed and made a part of the record in the above case.

DATED at Denver, Colorado, this 21st day of May, 2008.

s/ Edward W. Nottingham
Edward W. Nottingham
Chief United States District Judge