**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00440-EWN-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

REUVEN Z. EITAN,

       Defendant.

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

       On May 20, 2008, the probation officer submitted a petition for early termination of probation in this case. On May 21, 2008, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. On May 27, 2008, the United States filed its response and has no objection to the proposed relief. Accordingly, it is

       ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

       DATED at Denver, Colorado, this 5th day of June, 2008.

       BY THE COURT:

       <u>s/ Edward W. Nottingham</u>
       Edward W. Nottingham
       Chief United States District Judge